**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2367**

ANGELINA FREIRE; WILSON FREIRE,

        Plaintiffs - Appellants,

   and

SHADIA HERNANDEZ, Power of Attorney,

        Plaintiff,

     v.

AMERICAN MEDICAL SYSTEMS, INCORPORATED; TISSUE SCIENCE LABORATORIES LIMITED; C. R. BARD, INC.,

        Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Joseph R. Goodwin, District Judge.  (2:13-cv-09079)

Submitted:  March 12, 2020                        Decided:  March 16, 2020

Before KING, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Angelina Freire, Wilson Freire, Appellants Pro Se.  Henry Falkner Reichner, REED SMITH, LLP, Philadelphia, Pennsylvania; Micah Leigh Hobbs, SHOOK HARDY

BACON, LLP, Kansas City, Missouri; Brigid F. Cech Samole, Elliot H. Scherker GREENBERG TRAURIG, LLP, Miami, Florida, Lori Gail Cohen, GREENBERG TRAURIG, LLP, Atlanta, Georgia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelina and Wilson Freire appeal the district court's orders granting Defendants' summary judgment motions and denying Appellants' Fed. R. Civ. P. 59(e) motion. We have reviewed the record and discern no error. Accordingly, we affirm for the reasons stated by the district court. *Freire v. Am. Med. Sys., Inc.*, No. 2:13-cv-09079 (S.D.W. Va. Apr. 11, 2019; Nov. 15, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*